# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 02-51671 |
| | ) | |
| JOHN L. BERRY and | ) | Chapter 7 |
| ANNETTE L. BERRY, | ) | |
| | ) | |
| Debtors. | ) | E. Rebecca Case, EDMO #38010MO |
| | ) | MoBar No. 38010 |
| | ) | Stone, Leyton & Gershman |
| | ) | A Professional Corporation |
| | ) | 7733 Forsyth Blvd., Ste 500 |
| | ) | St. Louis, Missouri 63105 |
| | ) | (314) 721-7011 |
| | ) | (314) 721-8660 (facsimile) |
| | ) | chapter7trustee@stoneleyton.com |

## TRUSTEE'S MOTION TO REOPEN CASE

Chapter 7 Trustee E. Rebecca Case pursuant to 11 U.S.C. §350 and files this the Trustee's Motion to Reopen Case and in support thereof respectfully states as follows:

1. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§151, 157 and 1334, and Local Rule 81-9.01(B) of the United States District Court for the Eastern District of Missouri.

2. Debtors John L. Berry and Annette L. Berry ("Debtors") filed a Voluntary Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Code on October 10, 2002.

3. E. Rebecca Case was appointed Chapter 7 Trustee ("Trustee Case").

4. The initial Meeting of Creditors was held on November 15, 2002, continued, and concluded on February 21, 2003.

5. On April 10, 2003, Trustee Case filed a Notice of Assets and subsequently administered on the bankruptcy estate.

6. On September 20, 2004, Trustee Case filed her Final Report and Account, Proposed Distribution and Motion for Abandonment.

7. On October 21, 2004 the Court entered an Order Approving Trustee Case's Final Report and Account (Docket Entry No. 79).

8. On March 2, 2005 the Court issued the Final Decree and closed the bankruptcy case.

9. Trustee Case subsequently received information that Debtor John L. Berry will receive a large sum from a class action settlement (*Jack L. and Hilda M. Beaver vs. U.S. Bank National Association, et al.*, Circuit Court of Jackson County, Missouri, Case No. 1216-cv21345) that was not disclosed on Debtors' original Schedules.

10. 11 U.S.C. §350(b) states the following:

> A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

11. The case should be reopened to enable Trustee Case to administer upon the asset which was not disclosed by Debtors and subsequently not abandoned.

WHEREFORE, Chapter 7 Trustee E. Rebecca Case requests that the United States Bankruptcy Court approve and sustain the Trustee's Motion to Reopen Case.

Respectfully submitted,

STONE, LEYTON & GERSHMAN,
A Professional Corporation

/s/ E. Rebecca Case
E. Rebecca Case, EDMO #38010MO
MoBar No. 38010
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
(314) 721-7011
(314) 721-8660 Facsimile
chapter7trustee@stoneleyton.com
*Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was sent via first class, United States mail, postage prepaid and/or electronic notice on October 17, 2012 to the following:

1. John L. Berry                           Debtor
   305 Hollytree Lane
   Farmington, Missouri 63640

2. Annette L. Berry                        Debtor
   305 Hollytree Lane
   Farmington, Missouri 63640

3. James R. Brown                          Attorney for Debtors
   Castle Law Office of St. Louis
   500 N. Broadway, Suite 1400
   St. Louis, Missouri 63102

4. Office of the United States Trustee
   111 S. 10th Street, Suite 6353
   St. Louis, Missouri 63102


/s/ E. Rebecca Case
E. Rebecca Case

(Motion to Reopen Case)